*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided May 29, 2002

## STATE OF CONNECTICUT *v.* THEODORE BAPTISTE

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 910 (AC 21798), is denied.

*Salvatore C. Adamo*, special public defender, in support of the petition.

*Robert M. Brennan*, senior assistant state's attorney, in opposition.

Decided May 29, 2002